NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001088
18-AUG-2015
09:01 AM

NO. CAAP-14-0001088

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CORY WAIALEALE, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(S.P.P. NO. 13-1-0005 (CR. NO. 02-1-0317))


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on June 29, 2015, is hereby corrected as follows:

On page 1, in the caption, the reference to "S.P.P. NO. 13-1-0006" should be corrected to "S.P.P. NO. 13-1-0005."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, August 18, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge


---

[1] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.